395 A.2d 931

In re ELECTION OF REPRESENTATIVE IN the GENERAL ASSEMBLY 69TH LEGISLATIVE DISTRICT.

Appeal of William R. LLOYD, Jr., a candidate for the Office of Representative.

Appeal of Kenneth S. HALVERSON and the Somerset County Republican Committee.

Supreme Court of Pennsylvania.

Argued Jan. 8, 1979.

Decided Jan. 15, 1979.

Wilbur H. Beachy, Jr., Somerset, Roy Ogburn, Berlin, for Kenneth S. Halverson.

William R. Carroll, Fike Cascio & Boose, Somerset, for William R. Lloyd, Jr.

Before EAGEN, C. J., and ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM.

Order affirmed.

O'BRIEN, J., did not participate in the consideration or decision of this case.

ROBERTS and NIX, JJ., would quash the appeals. *See* Pa.Const., art. II, § 9; Pennsylvania Election Code, Act of June 3, 1937, P.L. 1333, § 1747, 25 P.S. § 3407 (1963).